# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

**CIVIL ACTION NO. 6:15-cv-100-DLB**

**SCOTTIE W. SIZEMORE**                                                       **PLAINTIFF**

**VS.**        **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**NATIONSTAR MORTGAGE, LLC**                                  **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation (Doc. # 29), wherein he recommends that Defendant's motion to dismiss be denied without prejudice with respect to its request for dismissal based on Federal Rules of Civil Procedure 8, 9, and 12(b)(6), but granted with respect to its requested application of the *Colorado River* doctrine, with the modification that this matter shall be stayed pending resolution of the state court action rather than dismissed without prejudice. Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, and the time to do so has now expired, making the Report and Recommendation ripe for review.

Having reviewed the Report and Recommendation, and concluding it is sound in all respects, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 29) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

1

(2) This matter shall be **STAYED** pending resolution of the state court action rather than dismissed without prejudice.

This 7th day of September, 2016.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\London\2015\15-100 Order adopting R&R.wpd